United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ZEID O.O ALMADI,** Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-183** |
| | § | |
| **WARDEN OF THE PORT ISABEL DETENTION CENTER,** Respondent. | § | |

**ORDER**

Petitioner Zeid O.O Almadi has filed a "Notice of Motion and Motion for Voluntary Dismissal" (hereinafter, Almadi's "Motion" or "Motion for Voluntary Dismissal"). Dkt. No. 20. In his Motion, Almadi asks that the Court dismiss this civil action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). *Id.* He argues that the Court should grant his Motion, in part because a dismissal without prejudice will not cause the Respondent to suffer clear legal prejudice. *Id.* at 3. Respondent has not contested Almadi's Motion, and has instead filed a "Status Report," which states that, on August 28, 2026, Immigrations and Customs Enforcement removed Almadi to "Bangui, Central African Republic." Dkt. No. 21 at 1. In light of Almadi's new status and the unopposed nature of his request, his Motion for Voluntary Dismissal [Dkt. No. 20] is **GRANTED**. This civil action is **DISMISSED without prejudice,** and the Clerk of the Court is **DIRECTED** to close this case.

**SIGNED** on this **7th** day of **October, 2026**, at Brownsville, Texas.

______________________________
**Ignacio Torteya, III**
**United States Magistrate Judge**